JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS G. ASTACIO,<br><br>Petitioner,<br><br>v.<br><br>ANTHONY HEDGPETH, Warden,<br><br>Respondent. | Case No. CV 11-3082-MMM (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 31, 2015

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

-1-